IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGET VAUGHN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHILTON COUNTY JUDICIAL ) <br> SYSTEM and CHILTON COUNTY, ) <br> ) <br> Defendants. ) | CASE NO. 2:22-CV-290-WKW <br> [WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) There being no timely objection to the Recommendation, and based upon a review of the record, it is ORDERED as follows:

1. The Recommendation (Doc. # 7) is ADOPTED; and

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 30th day of August, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE